■ JOHN R. SCHLEIGH et al., Respondents, v WALTER I. LANG et al., Constituting the Board of Commissioners of Cuba Lake District, Appellants. [604 NYS2d 370] —Judgment unanimously affirmed without costs. Memorandum: We reject respondents' argument that the proceeding is not ripe for review. The District has voted to authorize the purchase of the lands owned by the State. That action is final. Petitioners are entitled to attack it and need not await the actual purchase before commencing suit.

We also reject respondents' argument that the proceeding is barred by the four-month Statute of Limitations (CPLR 217). The action did not become final and binding upon petitioners until August 29, 1992, when the electors of the District approved the proposition *(see,* L 1981, ch 263, § 10 [c]). The petition was filed within four months of that date. (Appeal from Judgment of Supreme Court, Cattaraugus County, Francis, J.—Article 78.) Present—Denman, P. J., Callahan, Balio, Boomer and Boehm, JJ.

■ DONNA R. SPITZ et al., Appellants, v STATE OF NEW YORK, Respondent. (Claim No. 76965.) [605 NYS2d 996] —Judgment unanimously affirmed without costs. Memorandum: The Court of Claims' factual finding that the highest and best use of the subject properties was for industrial and warehouse purposes is not contrary to the weight of evidence. We perceive no reason to disturb the court's weighing of expert testimony, especially where, as here, the court's determination was aided by viewing the properties.

We have reviewed claimants' remaining contentions and find them to be without merit. (Appeal from Judgment of Court of Claims, NeMoyer, J.—Appropriation.) Present—Denman, P. J., Callahan, Balio, Boomer and Boehm, JJ.